IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00239-REB-MEH

ZEN & ART OF CLIENTS SERVER COMPUTING, INC., a New Jersey corporation,

    Plaintiff,

v.

RESOURCE SUPPORT ASSOCIATES, INC. d/b/a RSA COMPANIES, a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 12, 2006.**

Defendant's Joint Motion to Vacate Scheduling Conference [Filed May 11, 2006; Docket #16] is **granted**. The Scheduling Conference set for May 17, 2006, at 9:00 a.m., as well as all other discovery related deadlines, are hereby **vacated**. If necessary, the Court will enter appropriate scheduling orders after the Court has issued a Recommendation on the Motion to Set Aside Default Judgment.