### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  06-cv-00239-REB-MEH

ZEN & ART OF CLIENTS SERVER COMPUTING, INC., a New Jersey corporation,

    Plaintiff,

v.

RESOURCE SUPPORT ASSOCIATES, INC., d/b/a RSA COMPANIES, a Colorado corporation,

    Defendant.

### ORDER ADOPTING RECOMMENDATION OF THE
### UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the United States Magistrate Judge's **Recommendation** [#20], filed June 15, 2006.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the United States Magistrate Judge's **Recommendation** [#20], filed June 15, 2006, is **APPROVED AND ADOPTED** as an order of this court; and

    2.  That defendant's **Motion to Set Aside Clerk's Entry of Default** [#13], filed April 27, 2006, is **GRANTED**.

Dated July 7, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    _____
                                    **Robert E. Blackburn**
                                    **United States District Judge**