IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00239-REB-MEH

ZEN & ART OF CLIENTS SERVER COMPUTING, INC., a New Jersey corporation,

    Plaintiff,

v.

RESOURCE SUPPORT ASSOCIATES, INC. d/b/a RSA COMPANIES, a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 19, 2006.**

    Pursuant to the parties' notice that a settlement in principle has been reached in this case, the Joint Motion to Vacate Settlement Conference [Filed October 18, 2006; Docket #35] is **granted**. The Settlement Conference scheduled for October 23, 2006, is **vacated**. The parties are directed to submit either dismissal papers or a status report on settlement by **October 31, 2006.**