**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00239-REB-OES

ZEN & ART OF CLIENTS SERVER COMPUTING, INC., a New Jersey corporation,

     Plaintiff,

v.

RESOURCE SUPPORT ASSOCIATES, INC., d/b/a RSA Companies, a Colorado
corporation,

     Defendant.

---

## ORDER

---

**Blackburn, J.**

     The matter comes before the court on the **Stipulation of Settlement With
Payment Plan** [#38], filed October 31, 2006.  After careful review of the stipulation and
the file, the court has concluded that the stipulation should be approved and that this
action should be dismissed.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Settlement With Payment Plan** [#38], filed October
31, 2006, is **APPROVED**;

     2.  That the terms of the stipulation are **APPROVED** and made an order of this
court;

     3.  That the Trial Preparation Conference set for August 3, 2007, is **VACATED**;

     4.  That the jury trial set to commence August 20, 2007, is **VACATED**; and

5.  That this case is **ADMINISTRATIVELY CLOSED** under D.C.COLO.LCivR

41.2, and shall not be reopened absent a showing of good cause by the parties.

Dated October 31, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**