IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00239-REB-OES

ZEN & ART OF CLIENTS SERVER COMPUTING, INC., a New Jersey corporation,

   Plaintiff,

v.

RESOURCE SUPPORT ASSOCIATES, INC., d/b/a RSA Companies, a Colorado corporation,

   Defendant.

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

**Blackburn, J.**

This matter is before me on **Plaintiff's Verified *Ex Parte* Motion To Reopen Case Pursuant To D.C.COLO.L.Civ.R. 41.2, And For Entry Of Judgment Against Defendant Pursuant To Stipulation Of Settlement With Payment Plan** [#40] filed December 3, 2007. Having reviewed the file and plaintiff's motion, the Court now enters the following findings of fact and conclusions of law, and orders.

### FINDINGS OF FACT:

1. On October 31, 2006, Plaintiff and Defendant entered into a Stipulation of Settlement with Payment Plan [#38] (the "Stipulation"), which Stipulation was approved by and made an Order of this Court. [#39]. The total amount to be paid by Defendant to Plaintiff under the Stipulation was Eighty-seven Thousand ($87,000.00) Dollars.

2. On November 1, 2007, this case was closed administratively pursuant to D.C.COLO.L.Civ.R. 41.2. [#39].

3. Defendant made the first six (6) payments to Plaintiff under the Stipulation of $1,000 per month, for the payment due dates of January 1, 2007, through June 1, 2007, inclusive. Accordingly, a total of Six Thousand ($6,000.00) Dollars has been paid by Defendant to Plaintiff under the Stipulation.

4. Defendant failed to make the next five (5) payments due to Plaintiff under the Stipulation of $2,000 per month, for the payment due dates of July 1, 2007, through November 1, 2007, inclusive, thereby defaulting on the Stipulations (the "Default").

5. On November 18, 2007, Plaintiff's counsel provided to Defendant and Defendant's counsel the required notice and opportunity to cure regarding the Default.

6. Defendant failed to cure the Default within the time required under the Stipulation and is in irrevocable default

7. The outstanding balance owed by Defendant to Plaintiff under the Stipulation is Eighty-One Thousand Dollars ($81,000).

8. The Defendant's default and the Plaintiff's request for *ex parte* and summary enforcement of the Stipulation constitute good cause to reopen this case.

**CONCLUSIONS OF LAW:**

A. There is good cause to reopen this case pursuant to D.C.COLO.L.Civ.R. 41.2.

B. Defendant is irrevocably in default under the Stipulation.

C. Pursuant to paragraph 5 of the Stipulation, Plaintiff is entitled to judgment in its favor, against Defendant, for the principal amount of Eighty-One Thousand Dollars ($81,000.00), plus post-judgment interest at the agreed rate of 12% per annum, compounded annually, plus all reasonable costs and attorney fees that Plaintiff may

incur post-judgment in efforts to collect the judgment, and for any other cost that Plaintiff may reasonably incur post-judgment in this matter.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Verified *Ex Parte* Motion To Reopen Case Pursuant To D.C.COLO.L.Civ.R. 41.2, And For Entry Of Judgment Against Defendant Pursuant To Stipulation Of Settlement With Payment Plan** [#40] filed December 3, 2007, [#40] filed December 3, 2007, is **GRANTED**;

2. That under Fed.R.Civ.P. 58 and the Stipulation, judgment **SHALL ENTER** in favor of the Plaintiff, Zen & Art of Clients Server Computing, Inc., against the Defendant Resource Support Associates, Inc., d/b/a RSA Companies, for

   a. The principal amount of Eighty-one Thousand Dollars($81,000.00);

   b. Post-judgment interest on the principal amount at the rate of 12% per annum, compounded annually; and

   c. All reasonable costs and attorneys fees that Plaintiff may incur post-judgment in efforts to collect the judgment, and for any other cost that Plaintiff may reasonably incur post-judgment in this matter, the application for which shall be filed with the Court in a verified motion.

Dated December 6, 2007, at Denver, Colorado.

                                                             **BY THE COURT:**

                                                             **s/ Robert E. Blackburn**
                                                             **Robert E. Blackburn**
                                                             **United States District Judge**