IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00239-REB-MEH

ZEN & ART OF CLIENTS SERVER COMPUTING, INC., a New Jersey corporation,

    Plaintiff,

v.

RESOURCE SUPPORT ASSOCIATES, INC. d/b/a RSA COMPANIES, a Colorado corporation,

    Defendant.

---

**MINUTE ORDER SCHEDULING RULE 69 JUDGMENT DEBTOR EXAMINATION**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2008.**

    Plaintiff's Motion to Reconvene and Set Hearing for Post-Judgment Debtor Examination Pursuant to Fed. R. Civ. P. 69(a), with Magistrate Judge Hegarty [filed November 9, 2008; docket #54] is **granted**. The parties are directed to appear before the Court in person for a Rule 69 Judgment Debtor Examination regarding the above matter on Wednesday, **January 21, 2009, at 1:30 p.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.